**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Docket No. 5:23-CR-14-1M**

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | **ORDER FOR DESTRUCTION OF** |
| **vs.** | ) | **PROPERTY** |
| | ) | |
| **Timothy Mann** | ) | |

Timothy Mann appeared before the Honorable Richard E. Myers II, Chief U.S. District Judge, sitting in the court at Wilmington, North Carolina, on November 30, 2023, and pursuant to an earlier plea of guilty to two counts of Cyberstalking, in violation of 18 U.S.C. § 2261A(2), was sentenced to the custody of the Bureau of Prisons for a term of 36 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for three years upon release from imprisonment. Timothy Mann is currently serving the term of imprisonment in the custody of the Bureau of Prisons.

On December 20, 2022, pursuant to a Rule 5 Hearing, the defendant was released on conditions of pretrial supervision in the Eastern District of New York. On January 19, 2023, the defendant made his initial appearance in the Eastern District of North Carolina, at which time our court adopted the conditions previously imposed by the court in the Eastern District of New York. While under pretrial supervision, the defendant surrendered a cell phone to the supervising United States Pretrial Services Officer in the Eastern District of New York. On April 3, 2023, defendant was arrested in the Eastern District of New York for violating the conditions of his pretrial release, and custody of the phone was transferred from the U.S. Pretrial Services Office in the Eastern District of New York to the U.S. Probation Office in the Eastern District of North Carolina, pending disposition of the case. Now that the defendant has been sentenced, the probation office seeks the court's approval for destruction of the property that remains in the custody of the U.S. Probation Office as it is no longer needed.

It is Therefore, Ordered that all evidence in the custody of the U.S. Probation Office be destroyed by the probation office by crushing, cutting, breaking, or deforming in such a manner to ensure that said property is rendered totally and permanently inoperable.

This the 4th day of December, 2024.

Richard E. Myers II
Chief U.S. District Judge